IN THE EASTERN DISTRICT COURT
OF
PLANO, TEXAS

LaKeshia RaShawn Edmond
Reverend James Murry Sr.
Asa Hutchinson Sr.
US Attorney General Michael Pompeii Sr
CIA Director Jeffrey Sessions Sr
US Secretary of State Jimmie Carter
Senator Betsy Price

VS.
Donald Trump Sr
Beyonce Knowles
City of Fort Worth Texas
Auto Savvy
Inwood National Bank
Worthington National Bank
Wells Fargo
Social Security Administration Retirement Disability Insurance
Thrive Argenta
JP1 Tarrant County Constable Office
Defendant (s)



FILED
SEP 2 6 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

4:25 cv 1058 RWS/JBB

### Summary

  On this 26th day without any permission of any local State of Texas judge, Plaintiff LaKeshia RaShawn Edmond files in the Eastern District Court of Plano Texas regarding the matter of the outstanding police report which Plaintiff LaKeshia RaShawn Edmond files that she is awarded to file this petition without any permission of any local State of Texas judge as well as the need to file sanction fees of one penny to file this civil petition in the Eastern District Court of Plano Texas for the JP1 Tarrant County Constable Office.

  Plaintiff LaKeshia RaShawn Edmond files that with the permission of Senator Betsy Price she seeks to be awarded immediately to purchase vehicle stock number 104664 for ~~two dollar money order and~~ *one penny* for one penny the matter of service completion by the JP1 Tarrant County Constable Office.

  Plaintiff LaKeshia RaShawn Edmond files that she seeks punitive damages at this time for twenty-thousand dollars.

Plaintiff LaKeshia RaShawn Edmond files that there is no need for styling requirements, citing requirements as well as the need to postpone judgment.

Plaintiff LaKeshia RaShawn Edmond files that she additionally files federal charges against current United States President Chief of Staff, Donald Trump and its fraud regarding LaKeshia RaShawn Edmond vs Wells Fargo case 3113077 cause number 60-cv-18-2642 which regarding the matter of interference of R&B singer Beyonce Knowles and thus files with the Social Security Retirement Disability that her current SSDI benefits payments are to increase permanently to $98,210 as well as all other Plaintiffs.

Plaintiff LaKeshia RaShawn Edmond attaches evidence that she has acquired Worthington National Bank with money order as well as Inwood National Bank, its subsidiaries and financial institutions.

Plaintiff LaKeshia RaShawn Edmond files that she is the owner of Thrive Argenta of Little Rock Arkansas and has awarded these pleadings to herself.

Plaintiff LaKeshia RaShawn Edmond files that she is allowed to move on property after the matter of filing in the Eastern District Court of Plano Texas and all cases from the Eastern District Court of Plano Texas and now of the Northern District Court of Fort Worth Texas areas awarded

In conclusion Plaintiff LaKeshia RaShawn Edmond files that there are no attorneys involved in this matter, and through the State of Texas and the State of Arkansas final awarding in this matter will be in one year of the filing of this petition.

Plaintiff LaKeshia RaShawn Edmond files that the Auto Savvy dealership is in pending litigation with United States Attorney General Michael Pompeii Sr being acquired with a ~~two dollar money order~~ One Penny.

Plaintiff LaKeshia RaShawn Edmond files that she seeks awarded to file this petition Informa Pauperis also.

Wherefore we prayerfully submit this petition as awarded by the Plaintiff LaKeshia RaShawn Edmond.

Regards,

*[signature]*

LaKeshia RaShawn Edmond
4364 Western Center Blvd #1261
Fort Worth Texas 76137
870-330-5339
lakeshiaedmond77@gmail.com